Argued and submitted December 10, 2013, affirmed January 23, 2014

In the Matter of the Compensation of
Debra Davis, Claimant.
TRIMET, INC.,
*Petitioner,*

*v.*

Debra DAVIS,
*Respondent.*

Workers' Compensation Board
0907013; A151349

320 P3d 639

Scott H. Terrall argued the cause and filed the brief for petitioner.

Daniel Snyder argued the cause and filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Lagesen, Judge.

PER CURIAM

Affirmed. *TriMet v. Wilkinson*, 257 Or App 80, 304 P3d 46 (2013).